IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **WILLIE EARL DUNKLIN,** | : |
| **Plaintiff,** | : |
| vs. | : CIVIL ACTION 08-00314-CG-B |
| **RICHARD ALLEN, et al.,** | : |
| **Defendants.** | : |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be dismissed without prejudice.

**DONE and ORDERED** this 19th day of September, 2008.

/s/ Callie V. S. Granade
**CHIEF UNITED STATES DISTRICT JUDGE**